IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **OLIVET BOYS' Y GIRLS' CLUB OF READING AND BERKS COUNTY, et al.,** : <br>     **Plaintiffs** : <br> : <br> v.  : <br> : <br> **WACHOVIA BANK, N.A.,** : <br>     **Defendant** : | CIVIL ACTION <br><br><br><br> NO. 5:08-cv-4702 |

**O R D E R**

**AND NOW**, this 1st day of July, 2009, upon consideration of defendant's motion to dismiss (Document #12) and plaintiffs' response thereto, it is hereby **ORDERED** that the motion is **GRANTED** in its entirety. **IT IS FURTHER ORDERED** that this case shall be **DISMISSED with prejudice**. The Clerk is directed to close this case for all purposes.

BY THE COURT:


 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.