# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

09-3199

Olivet Boys & Girls Club Readi, et al v. Wachovia Bank NA

5-08-cv-04702

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Thomas L. Allen, Esq.
Joseph P. Pohl III, Esq.
Edwin L. Stock, Esq.

Dated: October 9, 2009

A True Copy:

*Marcia M. Waldron*
Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.